UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL McGUIRE, Plaintiff, vs. NORTHBAY MEDICAL CENTER, DePUY SYNTHES SALES, INC.; ZIMMER; and does 1-30, inclusive, Defendants. | Case No. 2:17-CV-00838-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT WRIGHT MEDICAL TECHNOLOGY, INC. WITHOUT PREJUDICE**<br><br>Action Filed: September 28, 2015<br>Date Removed: April 20, 2017 |
|---|---|

Pursuant to the Stipulation of the parties, it is HEREBY ORDERED that:

1. All claims in the above-captioned matter are dismissed in its entirety without prejudice as to Defendant Wright Medical Technology, Inc., only; and

2. Each party to bear its own costs.

IT IS SO ORDERED.

DATED: June 21, 2017

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1