# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCGUIRE,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>NORTHBAY MEDICAL CENTER, DePUY SYNTHES SALES, INC.; ZIMMER; and does 1-30, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-CV-00838-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT ZIMMER, INC. WITHOUT PREJUDICE**<br><br>Action Filed:　　September 28, 2015<br>Date Removed:　　April 20, 2017 |

| | |
|---|---|
| 1 | Pursuant to the Stipulation of the parties, it is HEREBY ORDERED that: |
| 2 |     1.    All claims in the above-captioned matter are dismissed in its entirety without |
| 3 | prejudice as to Defendant Zimmer, Inc. only; and |
| 4 |     2.    Each party to bear its own costs. |
| 5 | |
| 6 | **IT IS SO ORDERED.** |
| 7 | |
| 8 | **Dated: June 22, 2017** |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

US.112946622.01          [PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION AS TO ZIMMER, INC. WITHOUT PREJUDICE
NO.:2:17-CV-00838-MCE-DB