SHOOK, HARDY & BACON
MICHAEL HEALY, State Bar No. 95098
*mfhealy@shb.com*
EMILY M. WEISSENBERGER, State Bar No. 248898
*eweissenberger@shb.com*
ALEXANDER A. GUNEY, State Bar No. 308192
*aguney@shb.com*
One Montgomery Tower, Suite 2600
San Francisco, CA 94104
Telephone: 415.544.1900
Facsimile: 415.381.0281

Attorneys for Defendant
DEPUY SYNTHES SALES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McGUIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH BAY MEDICAL CENTER, DEPUY SYNTHES SALES, INC. ZIMMER; AND DOES 1-30, inclusive, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-00838-MCE-DB<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a); ORDER OF DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Michael McGuire ("Plaintiff") and Defendant DePuy Synthes Sales, Inc., incorrectly sued as "Synthes" ("Defendant") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own costs and attorneys' fees, except as necessary to enforce the terms of the confidential settlement agreement entered into by and between Plaintiff and Defendant.

The Law Office of Thomas A. Ambrose

DATED: February 12, 2020  /s/ *Thomas Ambrose*
Thomas Ambrose, Esq. for
Plaintiff MICHAEL MCGUIRE


DATED: February 11, 2020  SHOOK, HARDY & BACON


By: /s/ Michael Healy
Michael Healy
Alexander Guney
Attorneys for Defendant DEPUY SYNTHES SALES, INC.

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | Pursuant to the stipulation of the parties under Federal Rule of Civil |
| 3 | Procedure 41(a), IT IS ORDERED THAT THIS ACTION IS DISMISSED WITH |
| 4 | PREJUDICE as to all claims, causes of action, and parties, with each party bearing |
| 5 | that party's own costs and attorneys' fees, except as necessary to enforce the terms |
| 6 | of the confidential settlement agreement entered into by and between Plaintiff and |
| 7 | Defendant.  The Clerk is directed to close the file. |
| 8 | IT IS SO ORDERED. |
| 9 | |
| 10 | Dated:  February 28, 2020 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE